Adams *v.* Ulsh.

---

## ADAMS ET AL. *v.* ULSH.

### [No. 3,704.    Filed April 19, 1901.]

**APPEAL AND ERROR.**—*Assignment of Error.*— *Continuance.*— *New Trial.*—Overruling a motion for a continuance cannot be assigned as an independent error on appeal, but must be presented in a motion for a new trial. *p. 517.*

**SAME.**—*Motions.*—*Record.*—No question is presented for review upon the action of the court in overruling a motion to separate the causes of action, where the motion is not made a part of the record by bill of exceptions or otherwise. *p. 517.*

**SAME.**—*Assignment of Error.*—*New Trial.*—Errors in admitting evidence, and that the verdict is contrary to law and the evidence, cannot be assigned independently, but are properly causes for a new trial. *p. 517.*

**SAME.**—*Motions.*— *Continuance.*— *Affidavit.*— *Record.* — An assignment in a motion for a new trial based upon the refusal of the court to grant a continuance upon the affidavit of defendant's physician that she was not physically able to attend the trial cannot be considered on appeal, where the motion and affidavit are not brought into the record by bill of exceptions or otherwise. *p. 517.*

APPEAL AND ERROR.—*Motions for New Trial.—Evidence.—Record.*—
   Assignments in a motion for a new trial on the admission of evidence,
   and that the verdict is contrary to the law and the evidence, cannot
   be considered on appeal, where the evidence is not in the record.
   *p. 517.*

From the Kosciusko Circuit Court.   *Affirmed.*

*Summy & Summy,* for appellants.

*W. D. Frazer* and *O. Oldfather,* for appellee.

ROBINSON, J.—Refusing a continuance can not be as-
signed independently as error, but must be questioned by
stating it as a ground in a motion for a new trial.   *West-
erfield* v. *Spencer,* 61 Ind. 339.

The court overruled a motion to separate the causes of
action.   As this motion has not been made part of the record
by bill of exceptions, or otherwise, no question is presented.
*Cargar* v. *Fee,* 140 Ind. 572; *Shields* v. *McMahan,* 101 Ind.
591.

Errors in admitting evidence, and that the verdict is con-
trary to law and the evidence, can not be assigned independ-
ently, but are properly causes for a new trial.

The last error assigned is overruling the motion of Leah
Adams for a new trial.   The first ground of the motion is
the refusal of the court to grant a continuance upon the
affidavit of her physician that she was not physically able
to attend the trial.   As this motion and affidavit are not
brought into the record by any bill of exceptions, or other-
wise, no question is presented.   *Rains* v. *Bolin,* 6 Ind. App.
181.

The remaining grounds of the motion for a new trial, the
admission of certain evidence, and that the verdict is con-
trary to the law and the evidence, depend upon the evidence.
No question is presented for the reason that no attempt even
has been made to bring the evidence into the record.

Judgment affirmed.